# ARTICLE IX
# MEDICAL BENEFITS

9.1　Medical Benefits -- Covered Expenses of a Covered Person shall be reimbursed in accordance with this Article and subject to the Lifetime Maximum set forth in Section 9.4 when such expenses exceed the Deductible Amount in a Plan Year. Covered Expenses shall be reimbursed at 80% of the Usual, Customary and Reasonable Charge, as determined by the Benefits Department, subject to the limitations set forth in Section 9.8 and subject to the reduction in benefits for the Covered Person's failure to contact the Benefits Department as set forth in Section 9.9.

Subject to the conditions and limitations set forth in this Article, services and benefits set forth in this Article shall be eligible for reimbursement only if determined by the Benefits Department in its sole discretion to be Medically Necessary, recommended and approved by a Physician, Psychiatrist or Psychologist, and provided by a Physician, Psychiatrist, Psychologist or Professional Other Provider within the scope of his or her license.

9.2　Deductible Amount -- The Deductible Amount for a Covered Employee and each Covered Person who is a Dependent of a Covered Employee shall be:

> Option A - $250 deductible
> Option B - $500 deductible
> Option C - $750 deductible
> Option D - $750 deductible
>   (available to Field Employee
>   hired after 2/28/2008)
> Option E - $1,000 deductible

The Deductible Amount of each and every Covered Person in a family in any Plan Year shall be deemed to have been satisfied for that Plan Year when the amount of the incurred Covered Expenses for all Covered Persons in that family equals or exceeds 2 times the applicable individual Deductible Amount (listed above in this Section 9.2) in that Plan Year.

In the event a Covered Employee's or Covered Spouse's claim for benefits under this Article resulted from, or was caused or contributed to by his or her Reckless Conduct the benefits payable under this Article shall be limited pursuant to Section 5.1(c) of the Plan.

9.3　Out-of-Pocket Maximum -- If in any Plan Year, the Deductible Amount plus the Covered Expenses of a Covered Person not reimbursed under the Plan exceed the following amounts, the Plan will reimburse 100% of the Usual,

Customary and Reasonable Charge, as determined by the Benefits Department, of such excess Covered Expenses subject to the Lifetime Maximum set forth in Section 9.4.

|  | Option A | Option B | Option C |
|---|---|---|---|
| Annual Maximum Out-of-Pocket (incl. Deductible) | $1,200 individual/ $2,400 family | $1,800 individual/ $3,600 family | $2,400 individual/ $4,000 family |

For Field Employees who have not completed on Year of Employment as of the election period for the Plan Year the following Annual Maximums and Out-of-Pocket limits apply:

|  | Option D |
|---|---|
| Annual Maximum Out-of-Pocket (include. Deductible) | $2,000 individual/ $4,000 family |

9.4 <u>Lifetime Maximum</u> -- This maximum is $1.5 million, provided that the maximum amount of benefits payable under this Article for Covered Expenses incurred by a Covered Person in any Plan Year shall be $500,000.

9.5 <u>Covered Expenses Not Subject to Deductible Amount</u>.

    (a)  Subject to the limitations in Sections 9.4 and 9.8 and the reduction in benefits for the failure to provide advanced notification to the Benefits Department, as set forth in Section 9.9, the Plan shall reimburse Covered Persons for 100% of the Usual, Customary and Reasonable Charges, as determined by the Benefits Department, for Covered Expenses described in this Section if such expenses are necessarily incurred due to the pregnancy of a Covered Employee or a Covered Spouse or Injury or Sickness.

        (i)  <u>Second Opinion Charges</u> - The Usual, Customary and Reasonable Charges for a second opinion required by the Benefits Department regarding the need for a Surgical Procedure shall not be subject to the Deductible Amount and shall be reimbursed at 100% of the Usual, Customary and Reasonable Charges, as determined by the Benefits Department.

        (ii)  <u>Preventive Care Services</u> - Usual, Customary and Reasonable Charges for the expenses for immunizations (as set forth in Schedule F), electrocardiograms (limited to one per calendar year), mammograms (limited to one per calendar year), and colonoscopies (limited to one every five years) provided the Covered Employee has at least two Years of Coverage and the Covered Employee or the Covered Spouse are age 50 or older

(limited to $900 per screening, all amounts charged in excess of $900 shall be reimbursed in accordance with applicable Plan provisions), excluding in-patient expenses for such services, shall not be subject to the Deductible Amount and shall be reimbursed at 100% of such Usual, Customary and Reasonable Charges, as determined by the Benefits Department.

The following benefits under this Section 9.5(a)(ii) are limited to $150 per Covered Person per calendar year: Immunizations -

    (A)    Hepatitis A and B Adult dosage

    (B)    Hepatitis B vaccine immunosuppressed dosage

    (C)    Japanese encephalitis virus vaccine

    (D)    Poliovirus vaccine live oral

    (E)    Typhoid vaccine

    (F)    Yellow fever vaccine

    (G)    Zostavax (vaccine for Shingles) limited to ages 60-65.

Preventive Care Services shall be available for all Covered Persons and Covered Retirees. Preventive Care Services under this Section 9.5(a)(ii) will not be available to Covered Retirees or Covered Persons who are eligible for coverage under Medicare or Medicaid.

    (iii)    <u>Laboratory Testing Services</u> - Covered Persons who select Medical Benefit Coverage (Option A, Option B, Option C, Option D, Option E as described in Article V) are eligible to participate in the services of a laboratory designated by the Benefits Committee (See Schedule B). Should a Physician or Hospital providing medical treatment to the Covered Person use the services of a laboratory designated by the Benefits Committee for medical laboratory diagnostic testing the Usual, Customary and Reasonable Charge for expenses relating to such laboratory testing shall not be subject to the Deductible Amount and shall be reimbursed at 100% of the Usual, Customary and Reasonable Charge, as determined by the Benefits Department.

(b)    Subject to the limitations in Section 9.4 and 9.8 and the reduction in benefits for the failure to provide advanced notification to the Benefits

Department, as set forth in Section 9.9, the Plan shall reimburse Covered Persons for 100% of the Usual, Customary and Reasonable Charges, as determined by the Benefits Department, less the applicable copayment (as listed below) for Covered Expenses described in this Section.

(i) Physician Office Visits – Charges for Physician office visits, except psychological office visits, shall be subject to a $15 copayment and shall be reimbursed at 100% of the Usual, Customary and Reasonable Charges less the copayment, subject to meeting the standard of Medical Necessity under this Plan. Such copayment shall not apply to the Deductible Amount (as set forth in Section 9.2) or to the out-of-pocket maximum (as set forth in Section 9.3). Charges for other services, supplies or equipment provided at such visit shall be subject to the Deductible Amount and shall be reimbursed at 80% of such Usual, Customary and Reasonable Charges, as determined by the Benefits Department.

(ii) Eye Exams – Expenses incurred for eye examinations performed by a licensed Physician or optometrist shall be subject to a $15 copayment and shall be reimbursed at 100% of the Usual, Customary and Reasonable Charges less the copayment, subject to meeting the standard of Medical Necessity under this Plan. Such copayment shall not apply to the Deductible Amount (as set forth in Section 9.2) or to the out-of-pocket maximum (as set forth in Section 9.3). Charges for other services, supplies or equipment provided at such visit shall be subject to the Deductible Amount and shall be reimbursed at 80% of such Usual, Customary and Reasonable Charges, as determined by the Benefits Department.

(iii) Charges of Hospital for Emergency Room Visits – Hospital charges for emergency room visits shall, except as provided below, be reimbursed at 80% of the Usual, Customary and Reasonable Charges, subject to meeting the standard of Medical Necessity under this Plan. Hospital charges for emergency room visits that are determined by the Benefits Department, in its sole discretion, to be for non-emergency situations, shall be reimbursed at 70% of the Usual, Customary and Reasonable Charges, up to a maximum of $1,000 out-of-pocket limit per visit, subject to meeting the standard of Medical Necessity under this Plan. Such reimbursed expenses and amounts applied to a deductible shall not apply to any out-of-

Exhibit 1 to Plaintiff's Memorandum of Law
lc:\documents and settings\leonac\local settings\temporary internet files\olk25\bnflx2008v100708rev.doc

pocket limits set forth in the Plan. All charges for emergency room visits shall be subject to the Covered Person's deductible.

9.6 Covered Expenses Subject to Deductible Amount -- Subject to the limitations in Sections 9.4 and 9.8 and the reduction in benefits for the failure to provide advanced notification to the Benefits Department as set forth in Section 9.9, the Plan shall reimburse Covered Persons for 80% of the Usual, Customary and Reasonable Charges, as determined by the Benefits Department, for Covered Expenses described in this Section, or such lesser amount as is described, if such expenses are incurred based upon a standard of Medical Necessity and appropriateness as determined by the Benefits Department due to the pregnancy of a Covered Employee or a Covered Spouse or due to Injury or Sickness. Covered Expenses shall consist of only those expenses described below:

 (a) Hospital Charges - Only those Hospital charges described below shall be treated as Covered Expenses:

   (i) Semi-Private Room and Board - The Hospital's most common daily charge for a semi-private room (including general nursing services, meals and special diets).

   (ii) Hospital Services and Supplies - Expenses for other Hospital services and supplies during a period of confinement described in Section 9.6(a)(i) or provided as a result of services covered under Sections 9.6(b) or 9.6(c).

   (iii) Limitations on Covered Hospital Expenses - No benefits are payable except as specifically provided below with respect to expenses incurred in connection with:

     (A) a Surgical Procedure or treatment performed primarily for cosmetic purposes unless the Surgical Procedure is covered under the Plan pursuant to Section 9.6(b)(iv);

     (B) charges for Hospital Room and Board for Friday or Saturday if the Covered Person was admitted to the Hospital on that Friday or Saturday for reasons other than an emergency and no therapeutic services requiring hospitalization were performed on that Friday or Saturday;

     (C) treatment for drug or alcohol abuse except as provided in Section 9.6(q);

(D) treatment for Mental Illness except as provided in Section 9.6(r); and

(E) where a Surgical Procedure performed for purposes of sterilization or birth control, where such Surgical Procedure is covered under Section 9.6(b)(v)(C) below.

(b) <u>Surgical Benefit</u> - Only those charges for surgery described below shall be treated as Covered Expenses:

(i) <u>Inpatient or Outpatient Surgery</u> - Expenses for the services of the Physician performing a Surgical Procedure, except that the expenses of an assistant surgeon shall be reimbursed at 25% of the Usual, Customary and Reasonable Charges of the Physician performing a Surgical Procedure, as determined by the Benefits Department. Expenses for non-Physician assistant fees shall be reimbursed at 12.5% of the Usual, Customary and Reasonable Charges of the Physician performing a Surgical Procedure, as determined by the Benefits Department.

(ii) <u>Multiple Surgical Procedures</u> - Expenses for the services of the Physician performing multiple Surgical Procedures shall be eligible expenses as follows: 100% of the Usual, Customary and Reasonable Charges for the first Surgical Procedure, 50% of the Usual, Customary and Reasonable Charges for the second Surgical Procedure and for the third and subsequent Surgical Procedures the percentage of the Usual, Customary and Reasonable Charges to be reimbursed as eligible expenses shall be based upon the complexity of such Surgical Procedures as determined by the Benefits Department. Usual, Customary and Reasonable Charges shall be determined by the Benefits Department,

(iii) <u>Anesthesiologist</u> - Expenses for the services of a Physician rendering anesthesia services when the Physician is other than the one in charge of the Covered Person's care and when such anesthesia services are required by and rendered in relation to other services received for which surgical expenses are Covered Expenses under this Plan.

(iv) <u>Cosmetic or Plastic Surgery</u> - Expenses for services of a Physician required in connection with cosmetic or plastic Surgical Procedures performed only for:

(A) corrections of conditions resulting from accidental injuries;

(B) correction of congenital abnormalities for Covered Person less than age 23;

(C) reconstructive breast surgery following a mastectomy; or

(D) plastic surgery required and resulting from a covered Surgical Procedure.

(v) <u>Limitations</u> - No benefits are payable under this subsection except as specifically provided below with respect to expenses incurred in connection with:

(A) a Surgical Procedure performed primarily for cosmetic purposes or considered to be plastic surgery, except as provided in Section 9.6(b)(iv);

(B) dental work or oral surgery, including treatment of temporal mandibular joint dysfunction, except that a total of $1,000 in expenses for treatment of this condition will be reimbursed during the lifetime of a Covered Person, and except that charges in connection with the treatment or removal of tumors are covered; and

(C) any Surgical Procedure performed for purposes of sterilization or birth control, male or female, except where such Surgical Procedure is necessarily incurred to protect the physical health of the Covered Employee or the Covered Spouse. This exception does not apply to such Surgical Procedures when performed or alleged to have been performed for the mental health of the Covered Employee or Covered Spouse

(c) <u>Diagnostic Benefit</u> - Expenses for Diagnostic Procedures for a Covered Person performed by a licensed provider.

(d) <u>Short-Term Rehabilitative Therapy</u> - Expenses for short-term rehabilitative therapy, including physical, speech and occupational therapy if provided by a licensed speech, physical or occupational therapist in a non-acute care facility will be paid for, provided that the benefit will be subject to a limit of 30 days if significant improvement can be expected within 30 days of the first treatment, as determined by the Benefits Department, and subject to advanced notification to the